1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   SUNETHRA MURALIDHARA
3  Assistant Federal Public Defender
   Nevada State Bar No. 13549
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Sunethra_Muralidhara @fd.org

7  Attorney for Mitchell Anthony Hooks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER GRANTING<br>STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Mitchell Anthony Hooks, that the Sentencing Hearing currently scheduled on July 19, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel was just re-assigned this new case.

2. Undersigned counsel will be out of the district on June 17 – July 1, 2018.

3. Counsel needs additional time to review case, meet with client, and prepare mitigation for a sentencing memorandum in support of a just and reasonable sentence.

4. The defendant is in custody and does not oppose a continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 14th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00188-HDM-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MITCHELL ANTHONY HOOKS, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, July 19, 2018 at 9:00 a.m., be vacated and continued to Tuesday, September 11, 2018 at 8:30 a.m. in LV Courtroom (tbd) before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this 18th day of June, 2018.

*Howard D McKibben*

UNITED STATES DISTRICT JUDGE