RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Mitchell Anthony Hooks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>　　　　　　　Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Mitchell Anthony Hooks, that the Revocation Hearing currently scheduled on Thursday, February 13, 2020 at 2:30 p.m., be vacated and continued to Tuesday August 11, 2020 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. The defendant is currently pending a state case matter, which is related to the allegation in paragraph one of the revocation of supervised release petition. The state court matter is scheduled for May 27, 2020.

2. The parties request that the revocation hearing be continued until after the state court matter has been resolved.

3. Defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, February 13, 2020 at 2:30 p.m., be vacated and continued to Tuesday, August 11, 2020 at 9:00 a.m. in Las Vegas Courtroom (tbd) before Judge Howard D. McKibben.

IT IS SO ORDERED.

DATED this 10th day of February, 2020.

*Howard D McKibben*

UNITED STATES DISTRICT JUDGE