RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Mitchell Anthony Hooks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>           Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Mitchell Anthony Hooks, that the Revocation Hearing currently scheduled on Tuesday, February 2, 2021 at 1:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defendant is currently pending a DUI trial in state court.

2. The alleged DUI conduct is related to the allegation in paragraph one of the revocation of supervised release petition. The state court trial is scheduled for April 13, 2021.

3. The parties request that the revocation hearing be continued until after the state court matter has been resolved.

4. Defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 26th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender |   */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 2, 2021 at 1:00 pm, be vacated and continued to Tuesday, May 4, 2021 at 1:00 pm before Judge Howard D. McKibben.  IT IS SO ORDERED.

　　DATED this 26th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE