RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Mitchell Anthony Hooks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER GRANTING (in part)<br>STIPULATION TO CONTINUE<br>REVOCATION HEARING**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Mitchell Anthony Hooks, that the Revocation Hearing currently scheduled on Tuesday, July 6, 2021, at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. On April 13, 2021, the defendant entered a not guilty plea in his pending DUI trial in state court. The state court trial is scheduled for August 16, 2021.

2. The alleged DUI conduct is related to the allegation in paragraph one of the revocation of supervised release petition.

3. The parties request that the revocation hearing be continued until after the state court matter has been resolved.

4. Defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the eighth request for a continuance of the revocation hearing.

DATED this 28th day of June 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Monique Kirtley<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | /s/ Jared Grimmer<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

<pre>                    UNITED STATES DISTRICT COURT

                           DISTRICT OF NEVADA
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 13, 2021 at 10:00 am, be vacated and continued to Thursday, October 7, 2021 at 8:30 a.m. in Las Vegas Courtroom (tbd) before Judge Howard D. McKibben.

**IT IS SO ORDERED.**
DATED this 6th day of July 2021.

　　　　　　　　　　　　　　　　　　　_Howard D. McKibben_
　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE