UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br>MITCHELL ANTHONY HOOKS,<br><br>                    Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>ORDER |

Consistent with the earlier ruling of the court, the defendant's motion to be released for the limited purpose of attending state court hearings is GRANTED. The granting of the motion is limited to visits approved by the Probation Department and subject to the Probation Department's oversight. The authorization for attending court proceedings is strictly limited and will only be permitted under the close supervision of the Probation Department and any transport by the U.S. Marshal.

IT IS SO ORDERED.

DATED: This 6th day of August, 2021.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE