**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL ANTHONY HOOKS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00188-HDM-VCF<br><br>ORDER |

　　Consistent with the Court's earlier ruling, the Defendant's motion to be released for the limited purpose of attending his state court hearing is GRANTED. The granting of the motion is limited to the visit approved by the Probation Department and subject to the Probation Department's oversight. The authorization for attending the court proceeding is strictly limited and will only be permitted under the close supervision of the Probation Department.

　　**IT IS ORDERED** Defendant be temporarily released from the custody of the United States Marshal at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, commencing Wednesday, September 29, 2021, at 8:00 am to attend his Clark County Justice court hearing, in case number 21CRN001154-000. Defendant will be subject to the Probation Department's oversight. The authorization for attending the court proceeding is strictly limited and will only be permitted under the close supervision of the United States Probation Department. The U.S. Marshal shall transport Defendant from Nevada Southern Detention Center to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, on Wednesday, September 29, 2021, no later than 8:00 am.

**IT IS ORDERED** Defendant must self-surrender to the custody of the United States Marshal at the Lloyd D. George U.S. Courthouse no later than 4:00 pm on September 29, 2021.

DATED: September 16, 2021

_____
UNITED STATES DISTRICT JUDGE