CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00188-HDM-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |
| MITCHELL ANTHONY HOOKS, | (Tenth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Mitchell Anthony Hooks, that the Revocation Hearing currently scheduled on Tuesday, October 5, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than 30 days.

This Stipulation is entered into for the following reasons:

1.     The defendant is currently pending trial in state court.

2.      The alleged conduct is related to the allegation in paragraph one in the addendum to Petition filed on July 27, 2021. ECF No. 86.  The state court case is scheduled for a negotiation hearing on October 21, 2021.

3.      The parties request that the revocation hearing be continued until after the state court matter has been resolved.

4.      Defendant is in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the tenth request for a continuance of the revocation hearing.

DATED this 1st day of October, 2021.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Monique Kirtley*
By_____
MONIQUE KIRTLEY
Assistant Federal Public Defender

*/s/ Jared Grimmer*
By_____
JARED GRIMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

MITCHELL ANTHONY HOOKS,

        Defendant.

Case No. 2:17-cr-00188-HDM-VCF

**ORDER**

IT IS THEREFORE ORDERED that the video revocation hearing currently set for Tuesday, October 5, 2021 at 9:00 a.m., be vacated and continued to Tuesday, November 2, 2021 at 10:00 a.m. before Judge Howard D. McKibben.

IT IS SO ORDERED this 1st day of October, 2021.

Howard D McKibben

UNITED STATES DISTRICT JUDGE

3